UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDGAR HARRIS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:11-CV-2023 (CEJ) |
| PLANNED PARENTHOOD, | ) |
| Defendant. | ) |

### ORDER

This matter is before the Court on defendant's motion to supplement its motion for summary judgment and for reconsideration of the order denying the motion for summary judgment.

There is no rule within the Federal Rules of Civil Procedure that specifically authorizes motions for reconsideration.  Fed. R. Civ. P. 60(b), cited by defendant, is inapplicable.  An order denying summary judgment is not a final judgment or order governed by Rule 60(b).  Additionally, in this case there is nothing in the order for the defendant to seek relief from because the order denying summary judgment imposes no burden on the defendant and does not require the defendant to do anything.

The Court has considered the defendant's arguments and finds them unpersuasive.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to supplement its motion for summary judgment and for reconsideration [Doc. # 52] is **denied**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 15th day of February, 2013.