UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDGAR HARRIS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:11-CV-2023 (CEJ) |
| PLANNED PARENTHOOD, | ) ) ) |
| Defendant. | ) ) |

## ORDER

The Case Management Order entered on April 5, 2012 required all parties to file pretrial submissions no later than March 5, 2013.  Plaintiff has failed to file these submissions and has not requested an extension of time to do so.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall have until **March 15, 2013**, to show cause, in writing, why this case should not be dismissed for failure to prosecute.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 7th day of March, 2013.